**No. 09-10960. In re George Casillas, Petitioner.**

561 U.S. 1051, 131 S. Ct. 50, 177 L. Ed. 2d 1140, 2010 U.S. LEXIS 5633.

August 16, 2010. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 560 U.S. 964, 130 S. Ct. 3445, 177 L. Ed. 2d 350, 2010 U.S. LEXIS 4766.